

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2019

No. 04-19-00603-CV

**IN RE** Cedric Bertnell **EDWARDS,** Sr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

On September 5, 2019, relator filed a petition for writ of mandamus. The real party in interest filed a response, to which relator replied. After considering the petition, the response, the reply and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). This court's opinion will issue at a later date.

It is so **ORDERED** on September 11, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This court has jurisdiction pursuant to section 273.061 of the Texas Election Code, which authorizes this court to "issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election . . . regardless of whether the person responsible for performing the duty is a public officer." TEX. ELEC. CODE § 273.061.